```
1   LAW OFFICES OF BILL LATOUR
2   JESSICA WARREN [CSBN: 257274]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile: (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7   Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JENNAH J.R. VAN SCIVER, | No. CV 21-07256 PD |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND THREE HUNDRED FORTY-TWO DOLLARS AND 70/100 ($4,342.70) subject to the terms of the stipulation.

DATE: April 21, 2022

_____
HON. PATRICIA DONAHUE,
UNITED STATES MAGISTRATE JUDGE